1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   PETER K. THOMPSON, HSBN 5890
4  Special Assistant United States Attorney
   160 Spear Street, Suite 800
5  San Francisco, California  94105
   Telephone:  (415) 977-8959
6  Facsimile:  (415) 744-0134
   E-Mail: Peter.Thompson@ssa.gov
7
   Attorneys for Defendant
8

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| OKSANA ROCHEVSKAYA,   )<br>   )<br>   Plaintiff,   )<br>   )<br>   v.   )<br>   )<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security,   )<br>   )<br>   Defendant.   )<br>_____ ) | Case No.: 12-0644-GGH<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE ANY CROSS-MOTIONS** |

   IT IS HEREBY STIPULATED, by and between Plaintiff Oksana Rochevskaya ("Plaintiff") and Defendant Michael J. Astrue, Commissioner of Social Security ("Defendant"), by and through their respective counsel of record, that Defendant shall have a first extension of time of thirty (30) days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions.  Defense counsel requires additional time to review the record and to prepare a response as this case was transferred from another attorney within the office.  The current due date is September 13, 2012.   The new due date will be October 13, 2012.  This is the first extension of time sought by the parties.

/ / /

/ / /

/ / /

STIP. & [PROPOSED] ORDER RE: EXTENSION OF TIME                    (CASE NO. 2:12-CV-0644 GGH)

1  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:  September 12, 2012      JESSE S. KAPLAN

By:  */s/ Jesse S. Kaplan*
Jesse S. Kaplan
(As authorized by email on September 11, 2012)

Attorneys for Plaintiff

Dated:  September 12, 2012      BENJAMIN B. WAGNER
United States Attorney

By:  */s/ Peter K. Thompson*
PETER K. THOMPSON
Special Assistant U. S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: September 13, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

Rochevskaya.Ext.wpd