BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PETER K. THOMPSON, HSBN 5890
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California  94105
Telephone:  (415) 977-8959
Facsimile:  (415) 744-0134
E-Mail: Peter.Thompson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| OKSANA ROCHEVSKAYA,<br><br>       Plaintiff,<br><br>       v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>       Defendant. | Case No.: 12-0644-GGH<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND/OR TO FILE ANY CROSS-MOTIONS** |

IT IS HEREBY STIPULATED, by and between Plaintiff Oksana Rochevskaya ("Plaintiff") and Defendant Michael J. Astrue, Commissioner of Social Security ("Defendant"), by and through their respective counsel of record, that Defendant shall have a first extension of time of thirty (30) days to respond to Plaintiff's motion for summary judgment and/or to file any cross-motions.  Defense counsel requires additional time to review the record and to prepare a response as this case was transferred from another attorney within the office.  The current due date is September 13, 2012.   The new due date will be October 13, 2012.  This is the first extension of time sought by the parties.

/ / /

/ / /

/ / /

STIP. & [PROPOSED] ORDER RE: EXTENSION OF TIME              (CASE NO. 2:12-CV-0644 GGH)

1   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

2   Respectfully submitted,

3   Dated:  September 12, 2012          JESSE S. KAPLAN

4   By:  */s/ Jesse S. Kaplan*
    Jesse S. Kaplan
5   (As authorized by email on September 11, 2012)

6   Attorneys for Plaintiff

7   Dated:  September 12, 2012          BENJAMIN B. WAGNER
    United States Attorney

8

    By:  */s/ Peter K. Thompson*
9   PETER K. THOMPSON
    Special Assistant U. S. Attorney

10

    Attorneys for Defendant

11

12   **ORDER**

13

    APPROVED AND SO ORDERED:

14

15   DATED: September 13, 2012

16

    /s/ Gregory G. Hollows
17   UNITED STATES MAGISTRATE JUDGE

18

19   Rochevskaya.Ext.wpd

---

2

STIP. & [PROPOSED] ORDER RE: EXTENSION OF TIME          (CASE NO. 2:12-CV-0644 GGH)